THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT SCHLEICHER, Appellant.

Submitted January 6, 1947; decided January 7, 1947.

*Samuel J. Foley, District Attorney* (*George Tilzer* of counsel), for motion to dismiss appeal.

*Robert Konove* and *William Gold* for motion for enlargement of time.

Motion to dismiss appeal denied and motion for enlargement of time granted solely on the ground that the default occurred prior to our decision in *People* v. *Solomon* (296 N. Y. 85, decided November 27, 1946), and case set down for argument during February, 1947, session.